# United States District Court
# Central District of California

| | |
|---|---|
| JARED MARTIN,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case № 2:20-CV-08425-ODW (JEMx)<br><br>**ORDER DENYING MOTION FOR EN BANC TRIAL[DE-7]** |

## I.    INTRODUCTION/BACKGROUND

Plaintiff indicates he is a defendant in a criminal case filed in the Los Angeles Superior Court, Case No. BA 40?186. The relevance of that fact to the instant case is not clear. Martin also indicates that he has made a request for transcripts of unspecified proceedings and has been informed that he is not entitled to those transcripts. Presumably the instant action is an outgrowth of his inability to obtain those transcripts because the first motion filed in this case is a Petition for Writ of Mandate/Prohibition file October 2, 2020. [DE-2]

Here he requests a hearing by the full court. In his request for an en banc hearing Martin makes the following observations: "A full court is best in issues of law and justice." . . . "the answer to better decision making lie (sic) in a full bench.

Petitioner requests the matter to be heard en banc."

## II. LEGAL STANDARD

The United States district courts are a collection of discrete individual courts each of which is presided over by a single judge. This is unlike the federal appellate courts which consist of panels of multiple judges, generally three, except for the Federal Circuit. The authorizing statute is 28 U.S.C. § 43(c) which provides in relevant part:

> Cases and controversies shall be heard and determined by a court or panel of not more than three judges (except that the United States Court of Appeals for the Federal Circuit may sit in panels of more than three judges if its rules so provide), unless a hearing or rehearing before the court in banc is ordered by a majority of the circuit judges of the circuit who are in regular active service. A court in banc shall consist of all circuit judges in regular active service, . . . ."

There is no statutory provision for an en banc hearing in the district court. In other words, what Martin seeks is simply not available. All aspects of this case, up to and including trial, will be heard and decided by a single judge. If the matter is appealed to the Ninth Circuit Court of Appeals, the appeal will be heard and decided by a three- judge panel of circuit judges. If the majority of the circuit judges vote to grant it, a hearing or rehearing by the full court will be ordered. But there are no en banc hearings in district court. Therefore, the request will be denied.

**IT IS SO ORDERED.**

October 22, 2020

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**